Rossy et al., Peticionarios, *v.* Siaca, Secretario Interino de Puerto Rico et al., Demandados.

Solicitud para que se expida un auto de *mandamus* al Secretario de Puerto Rico para que inscriba la candidatura municipal de San Juan del Partido Republicano Puertorriqueño.

No. 146.—Resuelto en sesión extraordinaria en octubre 9, 1914.

La resolución dictada en este caso se funda en los razonamientos que habrían de exponerse en la opinión que emitiría posteriormente el tribunal, y con el fin de no demorar la impresión de este volumen, dicha opinión se insertará en el sitio que le corresponda, según la fecha en que sea emitida.